IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:16-cv-158

| | |
|---|---|
| DAYTON ANESTHESIA & PAIN SERVICES, LLC, LAWRENCE ANESTHESIA SERVICES, LLC, PALMETTO ANESTHESIA SPECIALISTS, LLC, PARRISH ANESTHESIA SPECIALISTS, LLC, PHS TH ANESTHESIA, PC, PORTLAND ANESTHESIA SPECIALISTS, LLC, RACINE ANESTHESIA SERVICES, LLC, REDMOND ANESTHESIA & PAIN TREATMENT, PC, SAGINAW ANESTHESIA SERVICES, PLLC, SOUTH FLORIDA ANESTHESIA & PAIN TREATMENT, PA, TOPEKA ANESTHESIA & PAIN TREATMENT, PA, TREASURE COAST ANESTHESIA GROUP, PA, WARRENSBURG ANESTHESIA & PAIN TREATMENT, LLC, WOLVERINE ANESTHESIA CONSULTANTS, LLC, and WOOD ANESTHESIA & PAIN TREATMENT, LLC | **JUDGMENT** |

                  Plaintiffs,

v.

TRINITY HOPE ASSOCIATES, LLC,
and TABATHA MULLIS, INDIVIDUALLY

                  Defendants.

1. On April 28, 2017, Defendants Trinity Hope, LLC, and Tabatha Mullis, individually, offered to allow the Plaintiffs Dayton Anesthesia & Pain Services, LLC, Lawrence Anesthesia Services, LLC, Palmetto Anesthesia Specialists, LLC, Parrish Anesthesia Specialists, LLC,

PHS TH Anesthesia, PC, Portland Anesthesia Specialists, LLC, Racine Anesthesia Services, LLC, Redmond Anesthesia & Pain Treatment, PC, Saginaw Anesthesia Services, PLLC, South Florida Anesthesia & Pain Treatment, PA, Topeka Anesthesia & Pain Treatment, PA, Treasure Coast Anesthesia Group, PA, Warrensburg Anesthesia & Pain Treatment, LLC, Wolverine Anesthesia Consultants, LLC, and Wood Anesthesia & Pain Treatment, LLC, to take judgment against them, jointly and severally, in the following amounts, said amounts including any and all damages, attorney's fees taxable as costs, expert witnesses, interest, and any and all remaining costs accrued as of May 10, 2017.

| | |
|---|---|
| Plaintiff Dayton Anesthesia & Pain Services, LLC | $56,832.52 |
| Plaintiff Lawrence Anesthesia Services, LLC | $86,639.35 |
| Plaintiff Palmetto Anesthesia Specialists, LLC | $73,004.90 |
| Plaintiff Parrish Anesthesia Specialists, LLC | $58,786.13 |
| Plaintiff PHS TH Anesthesia, PC | $64,917.34 |
| Plaintiff Portland Anesthesia Specialists, LLC | $82,914.41 |
| Plaintiff Racine Anesthesia Services, LLC | $96,759.55 |
| Plaintiff Redmond Anesthesia & Pain Treatment, PC | $95,673.88 |
| Plaintiff Saginaw Anesthesia Services, PLLC | $154,559.82 |
| Plaintiff South Florida Anesthesia & Pain Treatment, PA | $146,763.57 |
| Plaintiff Topeka Anesthesia & Pain Treatment, PA | $59,548.28 |
| Plaintiff Treasure Coast Anesthesia Group, PA | $112,832.64 |
| Plaintiff Warrensburg Anesthesia & Pain Treatment, LLC | $48,971.91 |
| Plaintiff Wolverine Anesthesia Consultants, LLC | $62,777.92 |
| Plaintiff Wood Anesthesia & Pain Treatment, LLC | $73,404.95 |
| TOTAL | $1,274,387.17 |

2. On May 10, 2017, Plaintiffs accepted the offer of judgment.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** as follows:

(1) The Plaintiff Dayton Anesthesia & Pain Services, LLC, shall have and recover of the Defendants Trinity Hope, LLC, and Tabatha Mullis, individually, jointly and severally, the sum of $56,832.52, a sum which includes prejudgment interest, and nothing more.

(2) The Plaintiff Lawrence Anesthesia Services, LLC, shall have and recover of the Defendants Trinity Hope, LLC, and Tabatha Mullis, individually, jointly and severally, the sum of $86,639.35, a sum which includes prejudgment interest, and nothing more.

(3) The Plaintiff Palmetto Anesthesia Specialists, LLC, shall have and recover of the Defendants Trinity Hope, LLC, and Tabatha Mullis, individually, jointly and severally, the sum of $73,004.90, a sum which includes prejudgment interest, and nothing more.

(4) The Plaintiff Parrish Anesthesia Specialists, LLC, shall have and recover of the Defendants Trinity Hope, LLC, and Tabatha Mullis, individually, jointly and severally, the sum of $58,786.13, a sum which includes prejudgment interest, and nothing more.

(5) The Plaintiff PHS TH Anesthesia, PC, shall have and recover of the Defendants Trinity Hope, LLC, and Tabatha Mullis, individually, jointly and severally, the sum of $64,917.34, a sum which includes prejudgment interest, and nothing more.

(6) The Plaintiff Portland Anesthesia Specialists, LLC, shall have and recover of the Defendants Trinity Hope, LLC, and Tabatha Mullis, individually, jointly and severally, the sum of $82,914.41, a sum which includes prejudgment interest, and nothing more.

(7) The Plaintiff Racine Anesthesia Services, LLC, shall have and recover of the Defendants Trinity Hope, LLC, and Tabatha Mullis, individually, jointly and severally, the sum of $96,759.55, a sum which includes prejudgment interest, and nothing more.

(8) The Plaintiff Redmond Anesthesia & Pain Treatment, PC, shall have and recover of the Defendants Trinity Hope, LLC, and Tabatha Mullis, individually, jointly and severally, the sum of $95,673.88, a sum which includes prejudgment interest, and nothing more.

(9) The Plaintiff Saginaw Anesthesia Services, PLLC, shall have and recover of the Defendants Trinity Hope, LLC, and Tabatha Mullis,

individually, jointly and severally, the sum of $154,559.82, a sum which includes prejudgment interest, and nothing more.

(10) The Plaintiff South Florida Anesthesia & Pain Treatment, PA, shall have and recover of the Defendants Trinity Hope, LLC, and Tabatha Mullis, individually, jointly and severally, the sum of $146,763.57, a sum which includes prejudgment interest, and nothing more.

(11) The Plaintiff Topeka Anesthesia & Pain Treatment, PA, shall have and recover of the Defendants Trinity Hope, LLC, and Tabatha Mullis, individually, jointly and severally, the sum of $59,548.28, a sum which includes prejudgment interest, and nothing more.

(12) The Plaintiff Treasure Coast Anesthesia Group, PA, shall have and recover of the Defendants Trinity Hope, LLC, and Tabatha Mullis, individually, jointly and severally, the sum of $112,832.64, a sum which includes prejudgment interest, and nothing more.

(13) The Plaintiff Warrensburg Anesthesia & Pain Treatment, LLC, shall have and recover of the Defendants Trinity Hope, LLC, and Tabatha Mullis, individually, jointly and severally, the sum of $48,971.91, a sum which includes prejudgment interest, and nothing more.

(14) The Plaintiff Wolverine Anesthesia Consultants, LLC, shall have and recover of the Defendants Trinity Hope, LLC, and Tabatha Mullis, individually, jointly and severally, the sum of $62,777.92, a sum which includes prejudgment interest, and nothing more.

(15) The Plaintiff Wood Anesthesia & Pain Treatment, LLC, shall have and recover of the Defendants Trinity Hope, LLC, and Tabatha Mullis, individually, jointly and severally, the sum of $73,404.95, a sum which includes prejudgment interest, and nothing more.

(16) The Clerk of Court is instructed to enter Judgment this day in accordance with this decision, with interest thereafter running at.

(17) Pursuant to 28 U.S.C. § 1961, the Plaintiffs are further awarded post-judgment interest at the lawful federal judgment rate as of the date of the entry of judgment.

**IT IS SO ORDERED.**

Signed: May 11, 2017

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

R&S 1823531_1