# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAYTON ANESTHESIA & PAIN SERVICES, LLC, et al., <br> Plaintiffs, <br><br> v. <br><br> TRINITY HOPE ASSOCIATES, LLC and TABATHA MULLIS, <br> Defendants. | 5:16cv158-RLV-DSC |

## ORDER DESIGNATING EXEMPT PROPERTY

At issue in this civil matter is Defendant Tabatha Mullis's Notice to Claim Exempt Property (Statutory Exemptions) (Doc. 48). Plaintiffs have not filed any objections to the Notice to Claim Exempt Property in accordance with N.C. Gen. Stat. § 1C-1603(e)(5) (providing that "[t]he judgment creditor has 10 days from the date served with a motion and schedule of assets . . . to file an objection to the judgment debtor's schedule of exemptions").

Accordingly, for good cause, and without any objection from Plaintiffs, it is hereby **ORDERED** that Defendant Tabatha Mullis's requested statutory exemptions are **GRANTED**, within the limits set forth in her Notice to Claim Exempt Property (Doc. 48) and as allowed by state law pursuant to § 1C-1601 of the North Carolina General Statutes. *See* N.C. Gen. Stat. § 1C-1603(e)(6) (providing that "[i]f the judgment creditor files no objection to the schedule filed by the judgment debtor . . . the clerk must enter an order designating the property allowed by law and scheduled by the judgment debtor as exempt property").

Signed: February 22, 2019

Frank G. Johns, Clerk
United States District Court